**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **S.J. ET AL** | |
| **Plaintiff,** | **25-CV-8725 (ALC)** |
| **-against-** | **ORDER** |
| **THE NEW YORK CITY DEPARTMENT OF EDUCATION** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

Prior to setting a briefing schedule for cross summary judgment, the Court ORDERS the Parties to appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on **January 20, 2026 at 11 am**. The Parties should be prepared to discuss settlement.

**SO ORDERED.**

Dated: January 8, 2026
    New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**