**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**S.J. ET AL**

           **Plaintiff,**

     **-against-**

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**

        **Defendants.**

**25-CV-8725 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed during the January 20, 2026 settlement conference, Plaintiffs are ORDERED to send an official demand to Defendant by February 3, 2026. Both Parties should file a joint status report with the status of settlement negotiations by March 3, 2026.

**SO ORDERED.**

Dated: January 20, 2026
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**