**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| S.J. et al.,<br><br>                 **Plaintiffs,**<br><br>    -against-<br><br>The New York City Department of Education,<br><br>                 **Defendant.** | **1:25-cv-08725 (ALC) (SDA)**<br><br>**ORDER ADJOURNING**<br>**<u>SETTLEMENT CONFERENCE</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference currently scheduled for Monday, April 27, at 10:00 a.m. is adjourned to Tuesday, April 28 at 2:30 p.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference.

**SO ORDERED.**

DATED:     New York, New York
            April 21, 2026

                                   _____
                                     STEWART D. AARON
                                     United States Magistrate Judge