**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**S.J. ET AL**

**Plaintiff,**

**-against-**

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**

**Defendants.**

**25-CV-8725 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to email ex parte letters regarding their settlement positions, including last demands, offers, etc. to alcarternysdchambers@nysd.uscourtsgov by October 6, 2026.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**