**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**S.J. ET AL**

**Plaintiff,**

**-against-**

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**

**Defendants.**

**25-CV-8725 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are encouraged to keep negotiating towards settlement, but the Court sets the following briefing schedule for Defendants' motion for summary judgment. Defendants' motion is due October 30, 2026, Plaintiff's Opposition by November 20, 2026, and Defendants' Reply by November 30, 2026.

**SO ORDERED.**

Dated: October 8, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**